IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )                    CASE NO. 2:07-cr-250-MEF
)                              (WO)
WILLIE JOE HALL )
MICHAEL COLEMAN )

# **O R D E R**

Upon consideration of the Unopposed Motion to Continue Trial (Doc. #75) and

Motion to Correct Unopposed Motion to Continue Trial (Doc. #80), it is hereby

ORDERED that the motions are DENIED as moot.

DONE this 28th day of March, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE